bounds of the Constitution's protections of individual rights are meant not as manipulable technicalities in the service of empty slogans but as bulwarks of our most precious liberties.

No. 83–2001. PASCHALL ET AL. v. KANSAS CITY STAR CO., *ante*, p. 872;

No. 83–6455. MURLEY ET AL. v. HARKIN ET AL., *ante*, p. 836;

No. 83–6581. BRYAN v. U. S. OFFICE OF PERSONNEL MANAGEMENT ET AL., *ante*, p. 837;

No. 83–6693. TYLER v. WYRICK, WARDEN, *ante*, p. 838;

No. 83–6923. BELGARDE v. UNITED STATES, *ante*, p. 846;

No. 84–302. HASTINGS v. INVESTIGATING COMMITTEE OF THE JUDICIAL COUNCIL OF THE ELEVENTH CIRCUIT ET AL., *ante*, p. 884;

No. 84–5021. IN RE CARTER, *ante*, p. 813;

No. 84–5071. KINNELL v. RAYL, DIRECTOR, KANSAS STATE PENITENTIARY, ET AL., *ante*, p. 862;

No. 84–5087. DINGLE v. SIMPKINS, ADMINISTRATOR OF THE ESTATE OF DINGLE, *ante*, p. 863;

No. 84–5102. AGRESTI v. UNITED STATES, *ante*, p. 863; and

No. 84–5207. HOYETT v. ALABAMA, *ante*, p. 867. Petitions for rehearing denied.

NOVEMBER 7, 1984

No. A–360. PALMES v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and a petition for writ of certiorari and would vacate the death sentence in this case.

NOVEMBER 8, 1984

No. A–356 (84–5717). MOORE v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Application for stay of execution of sentence of